

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

---

*33 Whitehall Street*  *(212) 510-0500*
*21st Floor*  *Fax: (212) 668-2255*
*New York, New York 10004*


**CONVERTED CASE MEMORANDUM**


TO:         Case Administration-Judge Team for Judge **Glenn**
            New York, New York

FROM:       Diana G. Adams
            United States Trustee

PREPARED BY: Mary Moroney

DATE:       June 23, 2010

RE:         Appointment of Chapter 7 Trustee - Converted Case
            From Chapter <u>11</u> case to Chapter <u>7</u> - And Scheduling
            of Section 341(a) Meeting To Be Noticed by Clerk's
            Office

---------------------------------------------------------------
     The below listed case has been reviewed.

     <u>     </u>**David Kittay** has been selected as the interim trustee for the case. His address is **Kittay & Gershfeld, P.C., 100 White Plains Road, Tarrytown, New York 10591. Phone (914) 332-8000 Fax (914) 332-8001.**


     The 341(a) meeting for the case will be held at **80 Broad Street, Second Floor, New York, New York 10004-1408 on <u>July 30, 2010</u>** at the time indicated below:

     <u>CONVERTED CHAPTER (11) CASE TO CHAPTER 7 CASE</u>

**<u>11:00 A.M.</u>**

Modern Magpie, LLC              10-11083(MG)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re

Modern Magpie, LLC         10-11083(MG)

    Debtor(s).

---

APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
AND DESIGNATION OF REQUIRED BOND

---

    **David Kittay** of Tarrytown, New York is hereby appointed, pursuant to 11 U.S.C. 701(a) as Interim Trustee for the estate(s) of the above named debtor(s). See 11 U.S.C. 701(c). If no trustee is elected, you shall serve as the Trustee in this case by operation of law. 11 U.S.C. 702(d).

    The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with the Office. See 11 U.S.C. § 322(a) Federal Rules of Bankruptcy Procedure 2010(a). In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.


Dated: New York, New York
       June 23, 2010

                              <u>DIANA G. ADAMS</u>
                              DIANA G. ADAMS
                              UNITED STATES TRUSTEE
                              33 Whitehall Street
                              21st Floor
                              New York, New York 10004