520 Eighth Avenue 19th floor New York NY 10018 • P: 212-STORAGE • F: 212-631-5999

June 22, 2010

Greg M. Zipes
Office of the United States Trustee
33 Whitehall Street, 21st floor
New York, NY 10004



RE:
Modern Magpie LLC
Case #: 10-11083-mg
Tax Payer ID: 20-5315247

Dear Mr. Zipes,

Please note that on June 8, 2010, Bhinda Rajwans and Evanthia Rajwans, while acting as the Debtor (Modern Magpie), issued a check payment of $1800 to Manhattan Mini Storage for post-petition rent. At this time, Debtor (Bhinda Rajwans) also made numerous statements regarding intent to discuss settlement opportunities with Manhattan Mini Storage.

Upon receiving payment, Manhattan Mini Storage provided access to the Debtor's storage unit from which the Debtor removed various materials.

On June 17th, 2010, the aforementioned check was returned to us due to insufficient funds on account.

Note that the Debtor has not made a single post-petition payment. Nor, apparently, has the debtor communicated with us in good faith.

Sincerely,

Michael Johnson
Executive Vice President
212/631-6907

CC:
Vito Genna, Clerk of the Bankruptcy Court, One Bowling Green, New York, NY 10004
Paul Milbauer: 90 John Street, Suite 304, New York, NY 10038

EDISON PROPERTIES, LLC

